# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

U.S.A.

vs.

CITATION / CASE NO. **3:10-Cr-0027 CMK**

## ORDER TO PAY

**Daniel W. Hill**

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

City _____ State _____ Zip Code _____

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT**
DATE: **2-23-11**          _____
                                    DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

CITATION / CASE NO: **10-Cr-0027 CMK**   FINE **475.00**   ASGMT. **25.00**
CITATION / CASE NO: _____   FINE _____   ASGMT. _____
CITATION / CASE NO: _____   FINE _____   ASGMT. _____
CITATION / CASE NO: _____   FINE _____   ASGMT. _____

(X) **FINE TOTAL** of $ **475.00** and a penalty assessment of $ **25.00** within _____ days/months or payments of $ **100.00** per month, commencing **4-1-11** and due on the **first** of each month until paid in full.
( ) **RESTITUTION** _____
( ) **COMMUNITY SERVICE** _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
( ) **PROBATION** to be unsupervised / supervised for: _____

PAYMENTS **must be made by CHECK or MONEY ORDER**, payable to: Clerk, USDC and mailed to (circle one):

~~CENTRAL VIOLATIONS BUREAU~~
~~P.O. Box 740026~~
~~Atlanta, GA 30374-0026~~
~~1-800-827-2982~~

CLERK, USDC
~~600 Capitol Mall, Rm 2046~~ **501 I Street**
Sacramento, CA 95814

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: **2-23-11**          _____
                                    U.S. MAGISTRATE JUDGE

Clerk's Office                                             EDCA - 03 Rev 8/97